IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    CHAPTER 13

TIMOTHY CHARLES NEW                       CASE NO. 07-13871 NLJ

        Debtor(s).


COMPLETED
_____
            NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

    THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN

ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE

FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT

(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE

COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)

AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|------|-----------|-------|---------|--------|
| 04/01/2010 | 923299 | CHECKMART | 11821 ADIE ROAD<br>MARYLAND HGTS MO 63043 | $ 21.83 |
| 04/01/2010 | 923627 | EZ MONEY | 11821 ADIE ROAD<br>ST LOUIS, MO 63043 | $ 42.23 |
| 04/01/2010 | 924147 | MONEY MART | 11821 ADIE ROAD<br>MARYLAND HGTS MO 63043 | $ 36.24 |

DATED: 08/23/2010


                        /s/ John Hardeman
                        _____

                        CHAPTER 13 TRUSTEE
                        P.O. BOX 1948
                        OKLAHOMA CITY, OK 73101
                        (405)236-4843

                                        #334/LB